# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00109-CV

**Grant Trevarthen, Appellant**

**v.**

**New Century Mortgage Corporation; U.S. Bank National Association, as Trustee for the Pooling and Servicing Agreement dated as of September 1, 2006 Master Asset Backed Securities Trust 2006-NC2 Mortgage Pass-Through Certificates Series 2006-NC2; et al., Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 11-067-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Grant Trevarthan filed his notice of appeal on February 16, 2012. In our review of the record, it appeared that no final and appealable judgment or order had been signed. We requested a response from appellant explaining how we could exercise jurisdiction over the appeal, and he responded by acknowledging that an appealable order had not been signed and asked us to abate the appeal to the trial court until the court signed such an order or judgment. Appellees filed a motion opposing the motion to abate and asked that we dismiss the appeal. Because we lack jurisdiction over an appeal until a trial court signs a final or otherwise appealable judgment or order, *see Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Bozeman v. Kornblit*, 232 S.W.3d 261, 262 (Tex. App.—Houston [1st Dist.] 2007, no pet.), we overrule appellant's motion to abate and dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(b).

                                                    _____

                                                    David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:  July 10, 2012